**UNITED STATES DISTRICT COURT**
P.O. BOX 249
EAST ST. LOUIS, ILLINOIS 62202

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ST LOUIS
MO 630
22 JAN '16
PM 2

Hasler
01/22/2016
US POSTAGE $00.48⁵



ZIP 62201
011D11648333

**RECEIVED**
JAN 29 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Daisy Luna
482 Olympia Ave
San Juan Bautista, CA 95045

```
         631 N7E 1    A1410001/22/16
FORWARD TIME EXP   RTN TO SEND
LUNA DAISY L
GENERAL DELIVERY
HOLLISTER CA 95023-9999
            RETURN TO SENDER
```